08-533 SCR

## MOTION TO DISMISS FOR LACK OF JURISDICTION

1. The foregoing answer should in no way be construed to be defendant's consent to jurisdiction of the United States District Court in and for the District of Delaware.

2. Defendant is not the alter ego of Mountain Air Partners, LLC and did not consent to the jurisdiction of this court.

3. In February 2005, Defendant relinquished control of Mountain Air Partners, LLC to the remaining owners of the aircraft in questions. From that time, Defendant made no decisions with respect to the aircraft, filed no tax return on behalf of Mountain Air Partners, LLC, was removed as the registered agent of Mountain Air Partners, LLC and had no other involvement in the aircraft.

4. The only reason Kyle J. Geditz signed the contract which is at issue in this case was to properly transfer title of the aircraft to the purchaser as the original title was never amended to reflect that Kyle J. Geditz or Mountain Air Partners, LLC relinquished its ownership interest.

WHEREFORE, the defendant respectfully requests that plaintiff's complaint be dismissed with prejudice, for an award of attorneys' fees and costs and for such other and further relief as the Court deems just and proper.

RESPECTFULLY submitted this 2nd day of April, 2009.

Kyle J. Geditz
31 N. Tejon Street, Suite 303
Colorado Springs, CO 80903
(719) 473-0599

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2009, I mailed the above Answer and Motion to Dismiss for Lack of Jurisdiction via FedEx documented overnight delivery service to the addresses below:

James G. Lare, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

and

Kevin J. Connors, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Kyle J. Geditz